GEORGE W. ALLEN and others *against* THERON PATTERSON.

*Complaint; import of word "due."*

A COMPLAINT stating that the defendant is indebted to the plaintiffs in the sum of $371, for goods sold and delivered by the plaintiff to the defendant, at his request, on the 1st day of May, 1849, and that such sum is now due to the plaintiff from the defendant, for which the plaintiff demands judgment, is not bad on demurrer.

The word "due," as used in such complaint, imports, not merely indebtedness, but that the time when payment should have made has elapsed.

(S. C., 7 N. Y. 476.)